**Order entered February 22, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01154-CV

### IN RE INPPAMET LTD. AND
### PLASTIC AND METAL PARTS, INC., Relators

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-08-13797**

## ORDER
Before Justices Brown, Nowell, and Carlyle[1]

On February 15, 2019, the Texas Supreme Court issued an opinion in *In re RSR Corp. and Quemetco Metals Limited, Inc.*, cause number 18-0189. In accordance with that opinion, we **VACATE** our February 21, 2018 order conditionally granting relators' petition for writ of mandamus and **REINSTATE** the trial court's September 11, 2017 order denying the "Motion to Reconsider Disqualification Under *Meador* & Disqualify Brewer Law Firm."

/s/ ADA BROWN
JUSTICE

---

[1] Justice Craig T. Stoddart and Justice Douglas Lang were on the panel when our original opinion and order issued in this case. As of January 1, 2019, they are no longer members of the Court and have been replaced on the panel by Justice Erin Nowell and Justice Cory Carlyle.